**STATE of Missouri, Respondent,**

v.

**Willard Davis WARE, Appellant.**

**No. WD 52744.**

Missouri Court of Appeals,
Western District.

May 27, 1997.

David Simpson, Assistant Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of first-degree statutory rape, § 566.032, RSMo 1994.

Affirmed. Rules 30.25(b) and 84.16(b).